**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 10100 Old Orchard, LLC, | ) | |
| | ) | Case No. 10-14673 |
| | ) | |
| Debtor. | ) | Judge Wedoff |

**RECEIVER/ESCROWEE'S FINAL ACCOUNTING**

NOW COMES, Marc S. Lichtman, Attorney at Law, as the Receiver/Escrowee and for its Final Accounting states as follows:

1. Marc S. Lichtman, Attorney at Law, was appointed by the Honorable, Alexander White, as the Receiver/Escrowee for the property commonly known as 10100 Old Orchard Court, Skokie, Illinois (hereinafter referred to as the "Property") in the matter entitled "Y2K Fincancial, Inc. vs. Nina Yefimov and Demitry Yefimov et.al" filed in the Circuit Court of Cook County, Illinois as case no, 2009 L-004549 (the "State Law Matter") to "receive and hold rents, proceeds and attributes of the Property ...and to expend, pay expenses of the Property as proper and necessary". A photocopy of the Order is attached hereto and made a part hereof as Exhibit C.

2. The following represents a full and final accounting for all Receipts and Disbursements made by Marc S. Lichtman, as Receiver/Escrowee in this matter:

RECEIPTS:

| Date | Description | Amounts |
|---|---|---|
| 03/04/10 | Rent Deposits (Exhibit A-1) | $17,049.00 |
| 03/05/10 | Rent Deposits (Exhibit A-2) | $ 5,190.00 |
| 03/08/10 | Housing Authority of Cook County Check to Old Orchard Development LLC in which $2,097.00 related to units 10401-1C, 10106-1D and 10108-1B | $ 2,097.00 |
| 03/09/10 | Rent Deposits (Exhibit A-3) | $ 6,021.00 |
| 03/11/10 | Rent Deposits (Exhibit A-4) | $ 2,340.00 |
| 03/16/10 | Rent Deposits (Exhibit A-5) | $ 1,050.00 |
| 03/18/10 | Rent Deposits (Exhibit A-6) | $   997.00 |
| 03/18/10 | Rent Deposits (Exhibit A-7) | $   850.00 |
| 03/25/10 | Rent Deposits (Exhibit A-8) | $ 1,050.00 |
| 04/05/10 | Rent Deposits (Exhibit A-9) | $22,834.00 |
| 04/08/10 | Rent Deposits (Exhibit A-10) | $ 6,753.00 |

| Date | Description | Amount |
|---|---|---|
| 04/08/10 | Housing Authority of Cook County Check to Old Orchard Development, LLC in which $2,097.00 related to units 10401-1C, 10106-1D and 10108-1B | $ 2,097.00 |
| 04/09/10 | Rent Deposits (Exhibit A-11) | $ 1,800.00 |
| 04/13/10 | Rent Deposits (Exhibit A-12) | $ 1,910.00 |
| 04/13/10 | Rent Deposits (Exhibit A-13) | $ 850.00 |
| 04/27/10 | Rent Deposits (Exhibit A-14) | $ 250.00 |
| 05/05/10 | Rent Deposits (Exhibit A-15) | $19,034.62 |
| 05/11/10 | Rent Deposits (Exhibit A-16) | $ 8,965.00 |
| 05/13/10 | Rent Deposits (Exhibit A-17) | $ 850.00 |
| 05/14/10 | Rent Deposits (Exhibit A-18) | $ 1,475.00 |
| 05/17/10 | Housing Authority of Cook County Check to Old Orchard Development LLC in which $1,548.00 related to units 10401-1C and 10106-1D | $ 1,548.00 |
| 05/21/10 | Rent Deposits (Exhibit A-19) | $ 2,410.00 |
| 06/07/10 | Rent Deposits (Exhibit A-20) | $ 850.00 |
| | **TOTAL RECEIPTS** | **$108,270.62** |

LESS: DISBURSEMENTS:

| Check Number | Payee | Description | Amounts |
|---|---|---|---|
| 212 | Yulia Zhuk | Leasing Commission* | $ 50.00 |
| 213 | Wilmar | Parts for Maintenance* (Exhibit B-1) | $ 355.48 |
| 214 | Nicor Gas | Utility Bill for 1/21/10 to 2/19/10* (Exhibit B-2) | $4,044.12 |
| 215 | Apartments for Rent | Leasing costs—1/3rd of bill* (Exhibit B-3) | $ 244.67 |
| 216 | Wilmar | Parts for Maintenance* (Exhibit B-4) | $ 77.78 |
| 217 | Pressure Pro | Repairs* (Exhibit B-5) | $ 65.00 |
| 218 | Yulia Zhuk | Leasing Commission for* 10106-2A, 10108-1B, 10106-1B and 10108-1A | $ 240.00 |
| 219 | Old Orchard Development | Maintenance Team—33% of cost for March 2010* (Exhibit B-6) | $ 2,475.00 |

2

| | | | |
|---|---|---|---|
| 220 | Old Orchard Development | Insurance—33% of cost for March 2010* (Exhibit B-7) | $ 1,772.89 |
| 221 | Condominiums at Old Orchard Master Association, Inc. | Master Association Assessments for March* (Exhibit B-8) | $ 3,120.00 |
| 222 | Commonwealth Edison | Electricity Bill for period of 2/08/10 to 3/09/10 (Exhibit B-9) | $ 356.30 |
| 223 | North Shore Sewer & Drainage | Plumbing Repair (Exhibit B-10) | $ 165.00 |
| 224 | Void | | |
| 225 | Yulia Zhuk | Leasing Commissions—3 units | $ 150.00 |
| 226 | Apartments for Rent | Leasing Costs-1/3rd of Bill (Exhibit B-11) | $ 244.67 |
| 227. | Void | | |
| 228 | Old Orchard Development | Insurance—1/3rd of Cost for April, 2010 (Exhibit B-12) | $ 1,772.89 |
| 229 | Old Orchard Development | Monthly Salary for Maintenance Team for April 2010 (1/3rd of Cost) (Exhibit B-13) | $ 2,475.00 |
| 230 | Condominiums of Old Orchard Master Association | Master Association Assessments for April 2010 (Exhibit B-14) | $ 3,120.00 |
| 231 | Nicor Gas | Gas Bill from 2/19/10 to 3/23/10 Utility Bill (Exhibit B-15) | $ 5,828.59 |
| 232 | Commonwealth Edison | Utility Bill—Electricity from 3/09/10 to 4/07/10 (Exhibit B-16) | $ 340.66 |
| 233 | Void | | |
| 234 | Village of Skokie | Utility Bill—Water from 12/21/09 to 3/19/10 (Exhibit B-17) | $ 2,491.42 |

| | | | |
|---|---|---|---|
| 235 | Commonwealth Edison | Utility Bill—Electricity from 4/07/10 to May 6, 2010 (Exhibit B-18) | $ 357.33 |
| 236 | Void | | |
| 237 | Dominion Pest Control | Pest Control (Exhibit B-19) | $ 90.00 |
| 238 | Old Orchard Development, LLC | Monthly Maintenance Salary for May 2010 (Exhibit B-20) | $ 2,475.00 |
| 239 | Old Orchard Development, LLC | Monthly Payment for Insurance for May, 2010 (Exhibit B-21) | $ 1,772.89 |
| Wire Transfer May 24, 2010 | Condominiums of Old Orchard Master Association | Master Association Assessments for May, 2010 (Exhibit B-18) | $ 3,120.00 |
| Wire Transfer June 2, 2010 | Condominiums of Old Orchard Master Association | Master Association Assessments for June, 2010 (Exhibit B-19) | $ 3,120.00 |
| March 31, 2010 | Bank Charges | March Service Charges | $ 15.00 |
| | **TOTAL DISBURSEMENTS** | | $40,339.69 |
| | **NET AMOUNT TO BE DISBURSED** | | $67,930.93 |

3. The Escrowee/Receiver has not received any compensation from the proceeds set forth above. The expenses noted with the asterik were approved by Judge Alexander White on March 23, 2010 in the State Court Matter and a copy of said Order is attached hereto and made a part hereof as Exhibit D.

4. A copy of the Rent Roll the Receiver/Escrowee received in March 2010 is attached as Exhibit E. As of May 31, 2010, the only tenant which has not paid rent was apartment 10108-1-B in which she paid $440.00. The balance of her rent is due from The Housing Authority of Cook County and was not paid because the Inspector who inspected the Apartment Unit did not timely submit his inspection report. It is anticipated that once his report is filed, that all past rent will be paid in full

5. On June 21, 2010, the Escrowee/Receiver disbursed the sum of Sixty Seven Thousand Nine Hundred Thirty and 93/100ths Dollars ($67,930.93) to the Debtor in Possession.

June 21, 2010

RESPECTFULLY SUBMITTED

Marc S. Lichtman, as Escrowee/Receiver
222 North LaSalle Street
Suite 200
Chicago, Illinois  60601
(312) 332-0247